**Opinion and Judgment filed November 17, 2020 Withdrawn and Vacated; Order filed January 26, 2021.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00576-CV
_____

**STEVEN HOTZE, M.D., MATT BRICE, NORMAN ADAMS AND AL HARTMAN, Appellants**

**V.**

**LINA HIDALGO, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY JUDGE, LAURIE L. CHRISTENSEN, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY FIRE MARSHAL; AND THE STATE OF TEXAS, Appellees**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2020-38804**

## ORDER

On November 17, 2020, this court issued an opinion dismissing this appeal. On December 1, 2020, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed November 17, 2020 is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

The clerk's record is due by **Friday January 29, 2021** and the appellant's brief is due 30 days after the clerk's record is filed.

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.